UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALBERTO S. LOPEZ, # 345367      CIVIL ACTION

VERSUS      NO. **00-0420**

ED C. DAY JR, WARDEN; ET AL      SECTION **SECT L MAG 5**

<u>ORDER</u>

Considering the application and affidavit to proceed <u>in forma pauperis</u>,

**IT IS ORDERED** that:

- [✓] the motion is GRANTED; the party is entitled to proceed <u>in forma pauperis</u>.

- [ ] the motion is MOOT; the party was previously granted pauper status.

- [ ] the motion is DENIED; the party has sufficient funds to pay the $5.00 filing fee.

- [ ] the motion is DENIED as MOOT; the filing fee has already been paid.

- [ ] the motion is DENIED; the party is not entitled to proceed <u>in forma pauperis</u> for the listed reasons:

_____

_____

New Orleans, Louisiana, this  15  day of  February , 2000.

_____
UNITED STATES MAGISTRATE JUDGE


DATE OF ENTRY  FEB 1 8 2000