

MINUTE ENTRY
CHASEZ, M.J.
FEBRUARY 24, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALBERTO S. LOPEZ                               CIVIL ACTION

VERSUS                                         NUMBER: 00-420

ED C. DAY, JR. (WARDEN)                        SECTION: "L"(5)

    Although Lopez submitted his petition on the form prescribed for use by prisoners attacking a state court conviction under 28 U.S.C. §2254, it is, in reality, an application for habeas corpus relief under 28 U.S.C. §2241 in which Lopez challenges an Immigration detainer and federal custody to which he will be subjected in the future following the completion of his state sentences. As such, the matter is not automatically referred under Local Rule 73.2E(A).

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY FEB 25 2000