```
                                              FILED
                                        U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                        2000 MAY -1  A 8: 39

                                        LORETTA G. WHYTE
                                               CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALBERTO S. LOPEZ, #345367 | CIVIL ACTION |
| VERSUS | NUMBER: 00-420 |
| ED. C. DAY | SECTION: "L"(5) |

### O R D E R

ALBERTO S. LOPEZ, a prisoner at the Washington Correctional Institute, has filed the instant application for a writ of habeas corpus in which he challenges the validity of a detainer that has been placed against him by the United States Immigration and Naturalization Service. In order for the Court to determine the action, if any, that shall be taken on this application, **IT IS ORDERED** that the Clerk of Court serve a copy of the application and this order on the United States Attorney for the Eastern District of Louisiana.

**IT IS FURTHER ORDERED** that, within thirty (30) days of the date of this order, the United States Attorney for the Eastern

---
DATE OF ENTRY
MAY - 2 2000



District of Louisiana file with this Court an answer containing as written statement of the Government's position concerning petitioner's application and a list of citations of authorities upon which the Government relies.

New Orleans, Louisiana, this 28TH day of April, 2000.

_____
UNITED STATES DISTRICT JUDGE