UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALBERTO S. LOPEZ | * | CIVIL ACTION |
| v. | * | NUMBER: 00-420 |
| ED. C. DAY, JR. (WARDEN) | * | SECTION: "L" (5) |

\* \* \*

## MOTION AND INCORPORATED MEMORANDUM TO DISMISS AS MOOT

**NOW INTO COURT**, comes the defendant, the United States of America, through the undersigned Assistant United States Attorney, and respectfully moves this Honorable Court to dismiss Petitioner's Petition for Writ of Habeas Corpus as moot.

Petitioner challenges the validity of an immigration detainer that was placed against him by the United States Immigration and Naturalization (INS) on May 27, 1997. The INS detainer incorrectly named Jose M. Galvez-Villareal, aka, Alberto Lopez, and Mexico as the name and nationality of the alien, respectively. As petitioner states in his petition, this is incorrect. The detainer placed against Alberto Lopez has been removed as evidenced by the Declaration of Anne K. Fenton, Assistant District Director for Detention and Deportation, INS, and accompanying Notices of Action, attached hereto as Government's Exhibit A, with attachments numbered 1 and 2.

DATE OF ENTRY
MAY 26 2000

DATE OF ENTRY
MAY 26 2000

Petitioner was afforded the relief sought in his petition. Therefore, the petition should be dismissed as moot.

**WHEREFORE,** it is respectfully submitted that the above captioned Petition for Writ of Habeas Corpus should be dismissed without prejudice.

Respectfully submitted,

EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY

KATHRYN W. BECNEL (23641)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3025

### CERTIFICATE OF SERVICE

**I hereby certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid, this** 22 **day of** May **, 2000.**

KATHRYN W. BECNEL
**Assistant United States Attorney**

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALBERTO S. LOPEZ** | * | CIVIL ACTION |
| v. | * | NUMBER: 00-420 |
| **ED. C. DAY, JR. (WARDEN)** | * | SECTION: "L" (5) |

\* \* \*

### ORDER

Considering the foregoing Motion to Dismiss, the court finds that the Motion is well-taken and should be granted. Therefore, the court,

**ORDERS, ADJUDGES, AND DECREES,** that the motion be **GRANTED** and the matter be dismissed without prejudice.

New Orleans, Louisiana, this 24TH day of MAY, 2000.

_____
UNITED STATES DISTRICT JUDGE