

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALBERTO S. LOPEZ | CIVIL ACTION |
| VERSUS | NO. 00-420 |
| ED C. DAY, JR., ET AL | SECTION: L |

### JUDGMENT

Considering the Court's Order entered herein on May 26, 2000, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, Ed C. Day, Jr. and the Immigration and Naturalization Service, and against plaintiff, Alberto S. Lopez, dismissing said plaintiff's petition for habeas corpus relief without prejudice.

New Orleans, Louisiana, this 31st day of May, 2000.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAY 3 1 2000

___Fee____
___Process___
X_Dktd___
✓_CtRmDep___
___Doc.No.___